UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUSHAWN J. MOORE,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 13-11297

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (Dkt. No. 19);
(2) GRANTING DEFENDANT COMMISSIONER'S MOTION FOR SUMMARY
JUDGMENT (Dkt. No. 18);
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 17)

On March 31, 2014 Magistrate Judge R. Steven Whalen issued a Report and Recommendation addressing the cross motions for summary judgment in this action. (Dkt. No. 17 & 18). In the Report and Recommendation, the Magistrate Judge recommends that this Court grant Defendant Commissioner's motion for summary judgment and deny Plaintiff's motion for summary judgment. (Dkt. No. 19).

Having thoroughly reviewed the Report and Recommendation, the parties' cross-motions for summary judgment and the record as a whole, and there being no timely objections from either party pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. No. 19), GRANTS Defendant Commissioner's Motion for Summary Judgment (Dkt. No. 18),

DENIES Plaintiff's Motion for Summary Judgment (Dkt. No. 17), and DISMISSES this action with PREJUDICE.

    This Order closes this case in this Court at this time.

IT IS SO ORDERED.

                                             s/Paul D. Borman
                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 27, 2014.

                                             s/Deborah Tofil
                                             Case Manager